UNITED STATES

vs.

LARRY THOMAS

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 NOV 23 P 1: 47

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Criminal No. RDB-06-0449

**Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/18/09 | 11/18/09 | Order of Probation |
| 2 | 11/18/09 | 11/18/09 | Original Transcript |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)